**Dismissal and Opinion Filed July 1, 2013**



In The
**Court of Appeals
Fifth District of Texas at Dallas**

**No. 05-12-01712-CV**

**JUAN PREMITIVO CASTRO AKA JUAN PIUMITIVO CASTRO AKA JUAN P. CASTRO, JOSEFINA CASTRO, AND EUSABIO PALACIOS, Appellants
V.
SELF-HELP VENTURES FUND, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-02250**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The filing fee in this case is past due. By postcards dated December 20, 2012, we notified appellants the $175 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in the dismissal of the appeal. Further, by postcards also dated December 20, 2012, we notified appellants the docketing statement had not been filed in this appeal. We directed appellants to file a docketing statement within ten days and cautioned appellants that failure to do so might result in the dismissal of this appeal. To date, appellants have not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(b)(c).

      /Carolyn Wright/
      CAROLYN WRIGHT
      CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUAN PREMITIVO CASTRO, ET AL,
Appellants

No. 05-12-01712-CV        V.

SELF-HELP VENTURES FUND, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-02250.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
        It is **ORDERED** that appellee SELF-HELP VENTURES FUND recover its costs of this appeal from appellants JUAN P. CASTRO, JOSEFINA CASTRO, AND EUSABIO PALACIOS.


Judgment entered July 1, 2013

                                        /Carolyn Wright/
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE